## (May 18, 1942.)

MARIE CATALANELLO and Others, Respondents, v. CUDAHY PACKING Co., Appellant, and PAUL TURTOLA, Doing Business under the Firm Name and Style of ROMA PROVISIONS, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CITY OF LONG BEACH, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., of ELMER E. SMATHERS, Deceased, Respondent. CITY OF LONG BEACH, Appellant, v. LONGKEN, INC., a Domestic Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ROGER CLIFFORD and Another, Respondents, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

PASQUALE DE ROSA, Appellant, v. R. & B. CONTRACTING Co., INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARIANO FANTI, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARIA L. FLYNN, as Administratrix, etc., of JOHN E. FLYNN, Deceased, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.